# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM MILKS, IN HIS CAPACITY AS MEMBER AND MANAGER OF AFFIRMED TECHNOLOGIES, LLC, Appellant,

vs.

DWIGHT J. BAUM, AS TRUSTEE FOR THE DWIGHT C. AND HILDAGARDE E. BAUM TRUST, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF AFFIRMED TECHNOLOGIES, LLC, A NEVADA LIMITED LIABILITY COMPANY; ROBERT BENJAMIN; DIANE BENJAMIN; JOE MLOGANOSKI; NANCY SKALLERUP; DAN SKINNER; DENISE SKINNER; GERALD SKINNER; JEFF YONCE; AND JOYCE YONCE, INDIVIDUALLY, Respondents.

No. 77968

FILED

MAR 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on January 24, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Elizabeth Goff Gonzalez, District Judge
William Milks
Fennemore Craig P.C./Reno
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947